# EXHIBIT KK

From: Jessica Simpson <customercare@jessicasimpson.com>
Sent: Tuesday, July 11, 2023 1:00 PM
To: Charles W. Grimes <grimes@gandb.com>
Subject: Styles Straight from Jess's Closet





## Complete the Look



🚨 **PRICE DROP**

**ELAINE DRESS**  **AARALYN SANDAL**  **AUBREY TOP**

## Bright whites, neutrals, linens and lazy days



**PAREDISA FRINGE BOOTIE**

Hand-Picked Just For You

**SHOP NOW**     **SHOP NOW**     **SHOP NOW**



We ❤ New Shoes

Shop Shoes

Get The Royal Treatment

Earn points on every purchase, unlock major rewards, and get a birthday treat from Jess!

**SIGN ME UP**



MAKE A SPLASH THIS SUMMER
**30% OFF SWIM**
+ AN ADDITIONAL 20% OFF WHEN YOU CHECKOUT WITH Klarna.

**Shop Swim**

TERMS AND CONDITIONS APPLY

| | |
|---|---|
| **CLOTHING** | **BRIDAL** |
| **DRESSES** | **DENIM** |
| ENJOY *Free Shipping* ON ORDERS OVER $125. | SHOP NOW AND *Pay Later* WITH KLARNA! |

JESSICA'S FAVORITES *Styled by You*
TAG US ON INSTAGRAM @JESSICASIMPSONSTYLE

Not a fan of email? Text us!

We are so happy that you are part of Jessica's world, but if you no longer want to receive these emails we understand!
**Unsubscribe** here.

Jessica Simpson
14622 Ventura Blvd Ste 411 Sherman Oaks, CA 91403